UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03005
    LINDA KAY APPS

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7410

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/23/2006 and was confirmed 05/17/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.00%.

    The case was converted to chapter 7 after confirmation 09/04/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 151.15 | .00 | 151.15 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 3201.14 | .00 | 309.22 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 695.05 | .00 | 56.99 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 622.39 | .00 | 622.39 |
| BLUE RIVER LANDSCAPE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 17207.76 | .00 | 1738.33 |
| VENTUS CAPITAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| KENNETH B DROST | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2342.82 | .00 | 226.31 |
| ARROW FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CERTIFIED TRANSMISSION S | UNSECURED | NOT FILED | .00 | .00 |
| ACTION TITLE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5199.59 | .00 | 525.26 |
| FIRST PERFORMANCE RECOVE | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CONTI CABLEVISION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOCI | NOTICE ONLY | NOT FILED | .00 | .00 |
| FAMILY DENTAL CENTER SEA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU OF COLUMBU | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| LANDMARK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY OF CHI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NIPSCO | UNSECURED | NOT FILED | .00 | .00 |
| TRUSTMARK RECOVERY | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 764.17 | .00 | 62.67 |
| PORTFOLIO RECOVERY ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACCOUNT RECEIVABLE MG | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2790.46 | .00 | 269.56 |

PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 06 B 03005 LINDA KAY APPS

```
ASSET ACCEPTANCE           NOTICE ONLY    NOT FILED              .00           .00
ASSET ACCEPTANCE CORP      UNSECURED       3851.26              .00        389.05
NATIONAL ENTERPRISE SYST   NOTICE ONLY    NOT FILED              .00           .00
GE MONEY BANK              UNSECURED         73.20              .00           .00
US CELLULAR                UNSECURED      NOT FILED              .00           .00
VERIZON WIRELESS           UNSECURED      NOT FILED              .00           .00
WOLIN-LEVIN INC            UNSECURED      NOT FILED              .00           .00
JVDB ASSOC                 NOTICE ONLY    NOT FILED              .00           .00
NORTHERN INDIANA PUBLIC    UNSECURED        451.71              .00         37.04
LANDSTAR INVESTMENTS       UNSECURED        497.28              .00           .00
BLITT & GAINES             NOTICE ONLY    NOT FILED              .00           .00
CTI COLLECTION SERVICES    NOTICE ONLY    NOT FILED              .00           .00
AFNI                       NOTICE ONLY    NOT FILED              .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                           371.12
DEBTOR REFUND              REFUND                                            85.91
```

```
          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------

TRUSTEE                      7,345.00

PRIORITY                                          773.54
SECURED                                              .00
UNSECURED                                        3,614.43
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                              371.12
DEBTOR REFUND                                      85.91
                           ---------------    ---------------
TOTALS                       7,345.00           7,345.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/27/07            /s/ Tom Vaughn
                           _____

                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE